## VANN v. STATE.  (No. 4325.)

(Court of Criminal Appeals of Texas.  Jan. 10, 1917.)

Appeal from District Court, Wichita County; E. W. Nicholson, Judge.

W. E. Vann was convicted of forgery and appeals.  Affirmed.

C. C. McDonald. Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of forgery, his punishment being assessed at five years' confinement in the penitentiary.

The record is before us without a statement of facts or bill of exceptions, therefore there is nothing in the record presented for revision. The judgment will be affirmed.